Certificate Number: 14912-NJ-DE-037662524

Bankruptcy Case Number: 23-16322



14912-NJ-DE-037662524

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2023, at 12:13 o'clock PM EDT, Renee Mihalik completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 9, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor