Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16322−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Renee S. Mihalik
 33 Hopper Avenue
 Pompton Plains, NJ 07444

Social Security No.:
 xxx−xx−5854

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      11/15/23
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$5,165.00

EXPENSES
$86.34

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 12, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 23-16322-RG

Renee S. Mihalik                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                           Page 1 of 3
Date Rcvd: Oct 12, 2023                       Form ID: 137                                          Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Renee S. Mihalik, 33 Hopper Avenue, Pompton Plains, NJ 07444-1323 |
| 519979678 | + | Atlantic Health Systems, Box 21385, New York, NY 10087-1385 |
| 520008292 | + | C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519979681 | + | Certified, Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519979682 | + | Chilton Medical Center, 97 West Parkway, Pompton Plains, NJ 07444-1696 |
| 519979684 | + | Emergency Phys Assoc N NJ, Box 740021, Cincinnati, OH 45274-0021 |
| 519979687 | + | Joseph M. Rasa, Esq., 565 Newark Pomtpon Tpke, Pompton Plains, NJ 07444-1752 |
| 520008300 | + | MONTCLAIR RADIOLOGY, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519979689 | + | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 519979690 | + | Montclair Radiological Assoc., 116 Park Street, Montclair, NJ 07042-2987 |
| 519979692 | + | Morristown EMA, Box 417442, Boston, MA 02241-7442 |
| 519979693 | + | Phillips Edison & Company, 11501 Northlake Drive, Cincinnati, OH 45249-1667 |
| 519979695 | + | Plaza 23 Station, LLC, 33340 Collection Center Drive, Chicago, IL 60693-0001 |
| 519979696 | | Primary Care Partners, LLC, Box 71450, Philadelphia, PA 19176-1450 |
| 519979697 | | State of NJ Dept of Labor, Division of Employer Accounts, Box 379, Trenton, NJ 08625-0379 |
| 520043393 | | THE LAW OFFICES OF JOSEPH M. RASA, L.L.C., 565 Newark Pompton Turnpike, Pompton Plains, NJ 07444-1752 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2023 02:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2023 02:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519979677 | ^ | MEBN | Oct 12 2023 21:36:39 | ARS, Box 630806, Cincinnati, OH 45263-0806 |
| 519979675 | + | Email/PDF: bncnotices@becket-lee.com | Oct 12 2023 22:51:33 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 520012795 | | Email/PDF: bncnotices@becket-lee.com | Oct 12 2023 22:50:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519979676 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 13 2023 02:15:00 | Apple Card GS Bank, Lockbox 6112, Box 7247, Philadelphia, PA 19170-0001 |
| 520036359 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 13 2023 02:14:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519979679 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 13 2023 02:15:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 519979680 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2023 22:51:13 | CBNA, Box 6497, Sioux Falls, SD 57117-6497 |
| 520038760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2023 22:50:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519979683 | + | Email/Text: mrdiscen@discover.com | Oct 13 2023 02:15:00 | Discover Bank, 502 East Market Street, Greenwood, DE 19950-9700 |
| 519985770 | | Email/Text: mrdiscen@discover.com | Oct 13 2023 02:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520039143 | | Email/Text: BNCnotices@dcmservices.com | Oct 13 2023 02:15:00 | Emergency Physician Associates of N Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519979685 | ^ | MEBN | Oct 12 2023 21:36:43 | HRRG, Box 5406, Cincinnati, OH 45273-7942 |
| 519979686 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2023 02:15:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519979688 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 12 2023 22:51:10 | JPMCB Card, Box 15298, Wilmington, DE 19850 |
| 519998153 | + | Email/Text: RASEBN@raslg.com | Oct 13 2023 02:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520025658 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519979691 | | Email/Text: joanne.chichizola@radnet.com | Oct 13 2023 02:15:00 | Montclair Radiology, 777 Passaic Avenue, Ste 360, Clifton, NJ 07012-1800 |
| 519979689 | ^ | MEBN | Oct 12 2023 21:37:15 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 519979694 | + | Email/Text: BKMAIL@planethomelending.com | Oct 13 2023 02:15:00 | Planet Home Lending, LLC, 321 Research Parkway, Meriden, CT 06450-8301 |
| 520018024 | + | Email/Text: BKMAIL@planethomelending.com | Oct 13 2023 02:15:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 519979698 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 13 2023 02:15:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 519979699 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 23:02:49 | Sync/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 519979700 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 23:02:24 | Syncb/TJX Co DC, BOx 965015, Orlando, FL 32896-5015 |
| 520040970 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 12 2023 23:15:07 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519979701 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 13 2023 02:16:00 | Transworld Systems, Box 15609, Wilmington, DE 19850-5609 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520012796 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520024864 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 12, 2023 | Form ID: 137 | Total Noticed: 42 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023             Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

**Name**           **Email Address**

Denise E. Carlon
                    on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Ralph A Ferro, Jr
                    on behalf of Debtor Renee S. Mihalik ralphferrojr@msn.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4