RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ  07424

Re:  RENEE S. MIHALIK  
    33 HOPPER AVENUE  
    POMPTON PLAINS, NJ  07444

Atty:  RALPH A. FERRO, JR., ESQ.  
    66 EAST MAIN STREET - 3RD FLOOR  
    LITTLE FALLS, NJ  07424

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-16322

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $85,767.00**

### RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/08/2023 | $1,400.00 | | 09/11/2023 | $1,400.00 | |
| 10/10/2023 | $1,400.00 | | 11/08/2023 | $1,400.00 | |
| 12/08/2023 | $1,400.00 | | | | |

**Total Receipts: $7,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PLANET HOME LENDING, LLC | 11/13/2023 | $3,442.66 | 919,558 | 12/11/2023 | $1,288.00 | 920,955 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 630.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,751.34 | 100.00% | 1,751.34 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 19,078.61 | * | 0.00 | |
| 0003 | APPLE CARD GS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ATLANTIC HEALTH SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 3,648.23 | * | 0.00 | |
| 0006 | CITIBANK NA | UNSECURED | 3,827.57 | * | 0.00 | |
| 0007 | CERTIFIED SOLUTIONS | UNSECURED | 500.00 | * | 0.00 | |
| 0009 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 14,271.21 | * | 0.00 | |
| 0011 | HRRG | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0013 | JPMORGAN CHASE BANK NA | UNSECURED | 8,818.73 | * | 0.00 | |
| 0014 | JOSEPH M. RASA, ESQ. | UNSECURED | 4,361.34 | * | 0.00 | |

Chapter 13 Case # 23-16322

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | MONTCLAIR RADIOLOGY | UNSECURED | 330.00 | * | 0.00 | |
| 0020 | PLANET HOME LENDING, LLC | (NEW) Prepetition | 15,953.78 | 100.00% | 4,730.66 | |
| 0021 | PLAZA 23 STATION, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | PRIMARY CARE PARTNERS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | STATE OF NJ DEPT OF LABOR | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | STATE OF NJ DIV OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0025 | LVNV FUNDING LLC | UNSECURED | 387.43 | * | 0.00 | |
| 0026 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 8,956.21 | * | 0.00 | |
| 0027 | TRANSWORLD SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 6,685.79 | * | 0.00 | |
| 0031 | HRRG | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JPMORGAN CHASE BANK NA | UNSECURED | 7,763.24 | * | 0.00 | |
| 0033 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 22,292.72 | * | 0.00 | |
| 0034 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 2,200.00 | * | 0.00 | |

**Total Paid:  $7,112.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $7,000.00    -    Paid to Claims: $4,730.66    -    Admin Costs Paid: $2,381.34    =    Funds on Hand: $1,288.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.