RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ  07424

Re:   RENEE S. MIHALIK                                    Atty:   RALPH A. FERRO, JR., ESQ.
      33 HOPPER AVENUE                                            66 EAST MAIN STREET - 3RD FLOOR
      POMPTON PLAINS,  NJ  07444                                  LITTLE FALLS, NJ  07424

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 23-16322

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $85,767.00**

### RECEIPTS AS OF 01/01/2025                                (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/08/2023 | $1,400.00 | | 09/11/2023 | $1,400.00 | |
| 10/10/2023 | $1,400.00 | | 11/08/2023 | $1,400.00 | |
| 12/08/2023 | $1,400.00 | | 01/09/2024 | $1,400.00 | |
| 02/08/2024 | $1,400.00 | | 03/08/2024 | $1,400.00 | |
| 04/08/2024 | $1,400.00 | | 05/08/2024 | $1,400.00 | |
| 06/10/2024 | $1,400.00 | | 07/09/2024 | $1,400.00 | |
| 08/08/2024 | $1,400.00 | | 09/10/2024 | $1,400.00 | |
| 10/08/2024 | $1,400.00 | | 11/08/2024 | $1,400.00 | |
| 12/09/2024 | $1,400.00 | | | | |

**Total Receipts: $23,800.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $23,800.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025              (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 09/16/2024 | $91.56 | 933,329 | 09/16/2024 | $32.09 | 933,329 |
| | 09/16/2024 | $106.98 | 933,329 | 10/21/2024 | $243.47 | 934,727 |
| | 10/21/2024 | $85.32 | 934,727 | 10/21/2024 | $284.49 | 934,727 |
| | 11/18/2024 | $243.48 | 936,208 | 11/18/2024 | $85.32 | 936,208 |
| | 11/18/2024 | $284.49 | 936,208 | 12/16/2024 | $243.47 | 937,592 |
| | 12/16/2024 | $85.32 | 937,592 | 12/16/2024 | $284.51 | 937,592 |
| BANK OF AMERICA | | | | | | |
| | 09/16/2024 | $17.51 | 933,353 | 10/21/2024 | $46.56 | 934,752 |
| | 11/18/2024 | $46.56 | 936,238 | 12/16/2024 | $46.55 | 937,621 |
| CERTIFIED SOLUTIONS | | | | | | |
| | 10/21/2024 | $8.78 | 934,641 | 11/18/2024 | $6.38 | 936,118 |
| | 12/16/2024 | $6.38 | 937,494 | | | |

Chapter 13 Case # 23-16322

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **CITIBANK NA** | | | | | | | |
| | 09/16/2024 | $18.37 | 933,064 | | 10/21/2024 | $48.85 | 934,421 |
| | 11/18/2024 | $48.85 | 935,914 | | 12/16/2024 | $48.84 | 937,295 |
| **DISCOVER BANK DISCOVER PRODUCTS INC.** | | | | | | | |
| | 09/16/2024 | $68.49 | 933,494 | | 10/21/2024 | $182.12 | 934,903 |
| | 11/18/2024 | $182.12 | 936,382 | | 12/16/2024 | $182.14 | 937,760 |
| **EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC** | | | | | | | |
| | 09/16/2024 | $10.56 | 933,010 | | 10/21/2024 | $28.08 | 934,367 |
| | 11/18/2024 | $28.08 | 935,863 | | 12/16/2024 | $28.06 | 937,245 |
| **JOSEPH M. RASA, ESQ.** | | | | | | | |
| | 09/16/2024 | $20.93 | 933,614 | | 10/21/2024 | $55.66 | 935,047 |
| | 11/18/2024 | $55.66 | 936,507 | | 12/16/2024 | $55.66 | 937,897 |
| **JPMORGAN CHASE BANK NA** | | | | | | | |
| | 09/16/2024 | $37.26 | 933,085 | | 09/16/2024 | $42.32 | 933,085 |
| | 10/21/2024 | $112.54 | 934,443 | | 10/21/2024 | $99.07 | 934,443 |
| | 11/18/2024 | $112.54 | 935,934 | | 11/18/2024 | $99.07 | 935,934 |
| | 12/16/2024 | $112.55 | 937,313 | | 12/16/2024 | $99.07 | 937,313 |
| **LVNV FUNDING LLC** | | | | | | | |
| | 10/21/2024 | $6.80 | 935,086 | | 12/16/2024 | $9.89 | 937,934 |
| **MONTCLAIR RADIOLOGY** | | | | | | | |
| | 10/21/2024 | $5.79 | 934,361 | | 12/16/2024 | $8.43 | 937,239 |
| **PLANET HOME LENDING, LLC** | | | | | | | |
| | 11/13/2023 | $3,442.66 | 919,558 | | 12/11/2023 | $1,288.00 | 920,955 |
| | 02/12/2024 | $2,576.00 | 923,713 | | 03/11/2024 | $1,288.00 | 925,153 |
| | 04/15/2024 | $1,288.00 | 926,624 | | 05/10/2024 | $1,288.00 | 928,045 |
| | 06/17/2024 | $1,288.00 | 929,505 | | 07/15/2024 | $1,330.00 | 930,928 |
| | 08/19/2024 | $1,330.00 | 932,391 | | 09/16/2024 | $835.12 | 933,792 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP** | | | | | | | |
| | 09/16/2024 | $42.98 | 933,230 | | 10/21/2024 | $114.30 | 934,600 |
| | 11/18/2024 | $114.30 | 936,078 | | 12/16/2024 | $114.29 | 937,456 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,735.99 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,751.34 | 100.00% | 1,751.34 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 19,078.61 | * | 1,065.47 | |
| 0003 | APPLE CARD GS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ATLANTIC HEALTH SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 3,648.23 | * | 203.74 | |
| 0006 | CITIBANK NA | UNSECURED | 3,827.57 | * | 213.75 | |
| 0007 | CERTIFIED SOLUTIONS | UNSECURED | 500.00 | * | 27.93 | |
| 0009 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 14,271.21 | * | 796.99 | |
| 0011 | HRRG | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0013 | JPMORGAN CHASE BANK NA | UNSECURED | 8,818.73 | * | 492.49 | |
| 0014 | JOSEPH M. RASA, ESQ. | UNSECURED | 4,361.34 | * | 243.54 | |
| 0017 | MONTCLAIR RADIOLOGY | UNSECURED | 330.00 | * | 14.22 | |
| 0020 | PLANET HOME LENDING, LLC | (NEW) Prepetition A | 15,953.78 | 100.00% | 15,953.78 | |
| 0021 | PLAZA 23 STATION, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | PRIMARY CARE PARTNERS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | STATE OF NJ DEPT OF LABOR | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | STATE OF NJ DIV OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 23-16322**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0025 | LVNV FUNDING LLC | UNSECURED | 387.43 | * | 16.69 | |
| 0026 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 8,956.21 | * | 500.17 | |
| 0027 | TRANSWORLD SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 6,685.79 | * | 373.37 | |
| 0031 | HRRG | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JPMORGAN CHASE BANK NA | UNSECURED | 7,763.24 | * | 433.55 | |
| 0033 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 22,292.72 | * | 1,244.96 | |
| 0034 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 2,200.00 | * | 122.86 | |

**Total Paid: $25,190.84**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $23,800.00     -     Paid to Claims: $21,703.51     -     Admin Costs Paid: $3,487.33     =     Funds on Hand: $9.16

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.