**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

NEWARK VICINAGE

Order Filed on September 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Offices
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
_____

| | |
|---|---|
| In Re: | ) Case No.:  23-16322 (TBA) |
| | ) |
| | ) Chapter:  13 |
| **Renee S. Mihalik** | ) Judge:  TBD |
| | ) |
| | ) |
| _____ Debtor | ) |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 23, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

1

Case No.:  23-16322 (TBA)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$870.00** for services rendered and expenses in the amount of **$22.61** for a total of **$892.61.**  The allowance shall be payable:

   **X**      through the Chapter 13 Plan as an administrative priority.

   **X**      Plan Payments will increase:

- Current Plan payments are:  $1,431.00.
- Beginning October 1, 2025, Plan payments will increase to $1,461.00.