RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ 07424

Re: RENEE S. MIHALIK
33 HOPPER AVENUE
POMPTON PLAINS, NJ 07444

Atty: RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ 07424

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 23-16322**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $86,787.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/08/2023 | $1,400.00 | | 09/11/2023 | $1,400.00 | |
| 10/10/2023 | $1,400.00 | | 11/08/2023 | $1,400.00 | |
| 12/08/2023 | $1,400.00 | | 01/09/2024 | $1,400.00 | |
| 02/08/2024 | $1,400.00 | | 03/08/2024 | $1,400.00 | |
| 04/08/2024 | $1,400.00 | | 05/08/2024 | $1,400.00 | |
| 06/10/2024 | $1,400.00 | | 07/09/2024 | $1,400.00 | |
| 08/08/2024 | $1,400.00 | | 09/10/2024 | $1,400.00 | |
| 10/08/2024 | $1,400.00 | | 11/08/2024 | $1,400.00 | |
| 12/09/2024 | $1,400.00 | | 01/10/2025 | $1,400.00 | |
| 02/10/2025 | $1,400.00 | | 03/10/2025 | $1,400.00 | |
| 04/08/2025 | $1,400.00 | | 05/08/2025 | $1,400.00 | |
| 06/09/2025 | $1,400.00 | | 07/09/2025 | $1,400.00 | |
| 08/08/2025 | $1,400.00 | | 09/25/2025 | $1,411.99 | |
| 10/08/2025 | $1,400.00 | | 11/10/2025 | $1,400.00 | |
| 12/08/2025 | $1,400.00 | | 01/09/2026 | $1,400.00 | |

**Total Receipts: $42,011.99 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $42,011.99**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 09/16/2024 | $91.56 | 933,329 | 09/16/2024 | $32.09 | 933,329 |
| | 09/16/2024 | $106.98 | 933,329 | 10/21/2024 | $243.47 | 934,727 |
| | 10/21/2024 | $85.32 | 934,727 | 10/21/2024 | $284.49 | 934,727 |
| | 11/18/2024 | $243.48 | 936,208 | 11/18/2024 | $85.32 | 936,208 |
| | 11/18/2024 | $284.49 | 936,208 | 12/16/2024 | $243.47 | 937,592 |
| | 12/16/2024 | $85.32 | 937,592 | 12/16/2024 | $284.51 | 937,592 |
| | 01/13/2025 | $243.49 | 939,031 | 01/13/2025 | $85.32 | 939,031 |
| | 01/13/2025 | $284.49 | 939,031 | 03/17/2025 | $486.95 | 941,781 |
| | 03/17/2025 | $170.65 | 941,781 | 03/17/2025 | $568.99 | 941,781 |

**Chapter 13 Case # 23-16322**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 04/14/2025 | $243.47 | 943,244 | 04/14/2025 | $85.32 | 943,244 |
| | 04/14/2025 | $284.49 | 943,244 | 05/12/2025 | $246.06 | 944,679 |
| | 05/12/2025 | $86.23 | 944,679 | 05/12/2025 | $287.52 | 944,679 |
| | 06/16/2025 | $246.06 | 946,092 | 06/16/2025 | $86.23 | 946,092 |
| | 06/16/2025 | $287.52 | 946,092 | 07/14/2025 | $246.08 | 947,542 |
| | 07/14/2025 | $86.23 | 947,542 | 07/14/2025 | $287.51 | 947,542 |
| | 08/18/2025 | $246.07 | 948,947 | 08/18/2025 | $86.23 | 948,947 |
| | 08/18/2025 | $287.52 | 948,947 | 10/20/2025 | $326.50 | 951,696 |
| | 10/20/2025 | $114.42 | 951,696 | 10/20/2025 | $381.51 | 951,696 |
| | 11/17/2025 | $243.49 | 953,169 | 11/17/2025 | $85.32 | 953,169 |
| | 11/17/2025 | $284.52 | 953,169 | 12/15/2025 | $243.45 | 954,578 |
| | 12/15/2025 | $85.31 | 954,578 | 12/15/2025 | $284.47 | 954,578 |
| | 01/12/2026 | $243.48 | 955,995 | 01/12/2026 | $85.32 | 955,995 |
| | 01/12/2026 | $284.49 | 955,995 | | | |
| BANK OF AMERICA | | | | | | |
| | 09/16/2024 | $17.51 | 933,353 | 10/21/2024 | $46.56 | 934,752 |
| | 11/18/2024 | $46.56 | 936,238 | 12/16/2024 | $46.55 | 937,621 |
| | 01/13/2025 | $46.56 | 939,062 | 03/17/2025 | $93.11 | 941,813 |
| | 04/14/2025 | $46.56 | 943,271 | 05/12/2025 | $47.05 | 944,707 |
| | 06/16/2025 | $47.05 | 946,123 | 07/14/2025 | $47.06 | 947,575 |
| | 08/18/2025 | $47.05 | 948,970 | 10/20/2025 | $62.44 | 951,723 |
| | 11/17/2025 | $46.54 | 953,201 | 12/15/2025 | $46.58 | 954,606 |
| | 01/12/2026 | $46.56 | 956,026 | | | |
| CERTIFIED SOLUTIONS | | | | | | |
| | 10/21/2024 | $8.78 | 934,641 | 11/18/2024 | $6.38 | 936,118 |
| | 12/16/2024 | $6.38 | 937,494 | 01/13/2025 | $6.39 | 938,920 |
| | 03/17/2025 | $12.75 | 941,656 | 04/14/2025 | $6.39 | 943,117 |
| | 05/12/2025 | $6.44 | 944,540 | 06/16/2025 | $6.46 | 945,938 |
| | 07/02/2025 | ($12.75) | 941,656 | 07/14/2025 | $19.19 | 947,383 |
| | 08/18/2025 | $6.45 | 948,793 | 10/20/2025 | $8.55 | 951,504 |
| | 11/17/2025 | $6.39 | 952,970 | 12/15/2025 | $6.38 | 954,376 |
| | 01/12/2026 | $6.38 | 955,808 | | | |
| CITIBANK NA | | | | | | |
| | 09/16/2024 | $18.37 | 933,064 | 10/21/2024 | $48.85 | 934,421 |
| | 11/18/2024 | $48.85 | 935,914 | 12/16/2024 | $48.84 | 937,295 |
| | 01/13/2025 | $48.84 | 938,722 | 03/17/2025 | $97.70 | 941,461 |
| | 04/14/2025 | $48.85 | 942,932 | 05/12/2025 | $49.36 | 944,358 |
| | 06/16/2025 | $49.37 | 945,757 | 07/14/2025 | $49.36 | 947,217 |
| | 08/18/2025 | $49.37 | 948,651 | 10/20/2025 | $65.50 | 951,340 |
| | 11/17/2025 | $48.85 | 952,819 | 12/15/2025 | $48.84 | 954,220 |
| | 01/12/2026 | $48.85 | 955,661 | 01/15/2026 | ($48.84) | 954,220 |
| | 01/15/2026 | $48.84 | 956,952 | | | |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 09/16/2024 | $68.49 | 933,494 | 10/21/2024 | $182.12 | 934,903 |
| | 11/18/2024 | $182.12 | 936,382 | 12/16/2024 | $182.14 | 937,760 |
| | 01/13/2025 | $182.12 | 939,205 | 03/17/2025 | $364.25 | 941,953 |
| | 04/14/2025 | $182.12 | 943,413 | 05/12/2025 | $184.06 | 944,857 |
| | 06/16/2025 | $184.06 | 946,270 | 07/14/2025 | $184.07 | 947,714 |
| | 08/18/2025 | $184.07 | 949,095 | 10/20/2025 | $244.22 | 951,869 |
| | 11/17/2025 | $182.14 | 953,339 | 12/15/2025 | $182.11 | 954,747 |
| | 01/12/2026 | $182.12 | 956,157 | | | |

**Chapter 13 Case # 23-16322**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | |
| | 09/16/2024 | $10.56 | 933,010 | 10/21/2024 | $28.08 | 934,367 |
| | 11/18/2024 | $28.08 | 935,863 | 12/16/2024 | $28.06 | 937,245 |
| | 01/13/2025 | $28.08 | 938,672 | 03/17/2025 | $56.15 | 941,415 |
| | 04/14/2025 | $28.08 | 942,887 | 05/12/2025 | $28.37 | 944,317 |
| | 06/16/2025 | $28.37 | 945,716 | 07/14/2025 | $28.38 | 947,182 |
| | 08/18/2025 | $28.37 | 948,622 | 10/20/2025 | $37.66 | 951,304 |
| | 11/17/2025 | $28.07 | 952,788 | 12/15/2025 | $28.07 | 954,185 |
| | 01/12/2026 | $28.09 | 955,630 | | | |
| JOSEPH M. RASA, ESQ. | | | | | | |
| | 09/16/2024 | $20.93 | 933,614 | 10/21/2024 | $55.66 | 935,047 |
| | 11/18/2024 | $55.66 | 936,507 | 12/16/2024 | $55.66 | 937,897 |
| | 01/13/2025 | $55.63 | 939,327 | 03/17/2025 | $111.34 | 942,082 |
| | 04/14/2025 | $55.66 | 943,526 | 05/12/2025 | $56.25 | 944,976 |
| | 06/16/2025 | $56.25 | 946,390 | 07/14/2025 | $56.25 | 947,845 |
| | 08/04/2025 | ($55.66) | 943,526 | 08/18/2025 | $111.89 | 949,206 |
| | 10/20/2025 | $74.66 | 951,999 | 11/17/2025 | $55.64 | 953,462 |
| | 12/15/2025 | $55.68 | 954,871 | 01/12/2026 | $55.66 | 956,277 |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 09/16/2024 | $37.26 | 933,085 | 09/16/2024 | $42.32 | 933,085 |
| | 10/21/2024 | $112.54 | 934,443 | 10/21/2024 | $99.07 | 934,443 |
| | 11/18/2024 | $112.54 | 935,934 | 11/18/2024 | $99.07 | 935,934 |
| | 12/16/2024 | $112.55 | 937,313 | 12/16/2024 | $99.07 | 937,313 |
| | 01/13/2025 | $112.54 | 938,739 | 01/13/2025 | $99.08 | 938,739 |
| | 03/17/2025 | $225.08 | 941,478 | 03/17/2025 | $198.14 | 941,478 |
| | 04/14/2025 | $112.54 | 942,950 | 04/14/2025 | $99.07 | 942,950 |
| | 05/12/2025 | $113.75 | 944,376 | 05/12/2025 | $100.13 | 944,376 |
| | 06/16/2025 | $100.13 | 945,778 | 06/16/2025 | $113.74 | 945,778 |
| | 07/14/2025 | $113.73 | 947,234 | 07/14/2025 | $100.12 | 947,234 |
| | 08/18/2025 | $113.74 | 948,664 | 08/18/2025 | $100.13 | 948,664 |
| | 10/20/2025 | $150.92 | 951,358 | 10/20/2025 | $132.86 | 951,358 |
| | 11/17/2025 | $112.55 | 952,834 | 11/17/2025 | $99.04 | 952,834 |
| | 12/15/2025 | $112.53 | 954,236 | 12/15/2025 | $99.11 | 954,236 |
| | 01/12/2026 | $99.07 | 955,676 | 01/12/2026 | $112.54 | 955,676 |
| LVNV FUNDING LLC | | | | | | |
| | 10/21/2024 | $6.80 | 935,086 | 12/16/2024 | $9.89 | 937,934 |
| | 03/17/2025 | $14.83 | 942,122 | 05/12/2025 | $9.94 | 945,015 |
| | 06/16/2025 | $5.01 | 946,428 | 08/18/2025 | $9.99 | 949,241 |
| | 10/20/2025 | $6.63 | 952,038 | 12/15/2025 | $9.88 | 954,902 |
| MONTCLAIR RADIOLOGY | | | | | | |
| | 10/21/2024 | $5.79 | 934,361 | 12/16/2024 | $8.43 | 937,239 |
| | 03/17/2025 | $12.63 | 941,410 | 05/12/2025 | $8.47 | 944,312 |
| | 07/02/2025 | ($12.63) | 941,410 | 07/14/2025 | $21.14 | 947,178 |
| | 10/20/2025 | $9.90 | 951,301 | 12/15/2025 | $8.43 | 954,182 |
| PLANET HOME LENDING, LLC | | | | | | |
| | 11/13/2023 | $3,442.66 | 919,558 | 12/11/2023 | $1,288.00 | 920,955 |
| | 02/12/2024 | $2,576.00 | 923,713 | 03/11/2024 | $1,288.00 | 925,153 |
| | 04/15/2024 | $1,288.00 | 926,624 | 05/10/2024 | $1,288.00 | 928,045 |
| | 06/17/2024 | $1,288.00 | 929,505 | 07/15/2024 | $1,330.00 | 930,928 |
| | 08/19/2024 | $1,330.00 | 932,391 | 09/16/2024 | $835.12 | 933,792 |
| SYNCHRONY BANK BY AIS INFOSOURCE LP | | | | | | |
| | 09/16/2024 | $42.98 | 933,230 | 10/21/2024 | $114.30 | 934,600 |
| | 11/18/2024 | $114.30 | 936,078 | 12/16/2024 | $114.29 | 937,456 |
| | 01/13/2025 | $114.30 | 938,877 | 03/17/2025 | $228.59 | 941,611 |
| | 04/14/2025 | $114.29 | 943,078 | 05/12/2025 | $115.52 | 944,500 |
| | 06/16/2025 | $115.51 | 945,898 | 07/14/2025 | $115.52 | 947,348 |
| | 08/18/2025 | $115.51 | 948,760 | 10/20/2025 | $153.27 | 951,469 |
| | 11/17/2025 | $114.30 | 952,937 | 12/15/2025 | $114.29 | 954,339 |
| | 01/12/2026 | $114.30 | 955,772 | | | |

**Chapter 13 Case # 23-16322**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,674.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,643.95 | 100.00% | 2,643.95 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 19,078.61 | * | 3,837.08 | |
| 0003 | APPLE CARD GS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ATLANTIC HEALTH SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 3,648.23 | * | 733.74 | |
| 0006 | CITIBANK NA | UNSECURED | 3,827.57 | * | 769.80 | |
| 0007 | CERTIFIED SOLUTIONS | UNSECURED | 500.00 | * | 100.56 | |
| 0009 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 14,271.21 | * | 2,870.21 | |
| 0011 | HRRG | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0013 | JPMORGAN CHASE BANK NA | UNSECURED | 8,818.73 | * | 1,773.61 | |
| 0014 | JOSEPH M. RASA, ESQ. | UNSECURED | 4,361.34 | * | 877.16 | |
| 0017 | MONTCLAIR RADIOLOGY | UNSECURED | 330.00 | * | 62.16 | |
| 0020 | PLANET HOME LENDING, LLC | (NEW) Prepetition A | 15,953.78 | 100.00% | 15,953.78 | |
| 0021 | PLAZA 23 STATION, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | PRIMARY CARE PARTNERS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | STATE OF NJ DEPT OF LABOR | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | STATE OF NJ DIV OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0025 | LVNV FUNDING LLC | UNSECURED | 387.43 | * | 72.97 | |
| 0026 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 8,956.21 | * | 1,801.27 | |
| 0027 | TRANSWORLD SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 6,685.79 | * | 1,344.63 | |
| 0031 | HRRG | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JPMORGAN CHASE BANK NA | UNSECURED | 7,763.24 | * | 1,561.35 | |
| 0033 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 22,292.72 | * | 4,483.50 | |
| 0034 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 2,200.00 | * | 442.47 | |

**Total Paid: $42,002.83**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $42,011.99 - Paid to Claims: $36,684.29 - Admin Costs Paid: $5,318.54 = Funds on Hand: $9.16

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.