**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

RENEE S. MIHALIK,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.: 23-16322 MEH**

## NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | JOSEPH M. RASA, ESQ. |
| Trustee Claim #: | 14 |
| Court Claim #: | 15 |
| Claimed Amount: | $4,361.34 |
| Date Claim Filed: | 10/03/2023 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable. A change of address must be filed with the Court. A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.** The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: September 03, 2026

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

RENEE S. MIHALIK
33 HOPPER AVENUE
POMPTON PLAINS, NJ 07444

JOSEPH M. RASA, ESQ.
565 NEWARK POMTPON TPKE
POMPTON PLAINS, NJ 07444

RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ 07424